UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| DANIEL BALMER, et al., | 2:12-CV-00764-PMP-CWH |
| Plaintiffs, | **ORDER** |
| vs. | |
| RICHMOND AMERICAN HOMES OF NEVADA, INC., | |
| Defendant. | |

Having read and considered Plaintiffs' fully briefed Motion to Remand (Doc. #14) filed June 6, 2012, and good cause appearing

**IT IS ORDERED** that Plaintiffs' Motion to Remand (Doc. #14) is **DENIED**.

DATED: July 23, 2012.

PHILIP M. PRO
United States District Judge