UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| DANIEL BALMER *et al.*,<br><br>Plaintiffs,<br><br>vs.<br><br>RICHMOND AMERICAN HOMES<br>OF NEVADA, INC.,<br><br>Defendant. | 2:12-CV-00764-PMP-CWH<br><br>**ORDER** |

The Court having read and considered Plaintiff's fully briefed Motion for Voluntary Dismissal (Doc. #25), and good cause appearing,

**IT IS ORDERED** that Plaintiff's Motion for Voluntary Dismissal (Doc. #25) is **GRANTED** and that Plaintiff's Complaint is hereby dismissed without prejudice**.**

DATED: September 4, 2012.

_____
PHILIP M. PRO
United States District Judge